ANNA RICHARDS, Respondent, *v.* J. GILLIAM WARD, Appellant.

APPEAL by the defendant from a judgment rendered in favor of the plaintiff in the Municipal Court, tenth district, borough of Manhattan.

Sam'l S. Watters, for appellant.

Webber & Ludlow, for respondent.

*Per Curiam.* The record fails to show that the defendant resides within the jurisdiction of the Municipal Court, and the judgment must, therefore, be reversed. Tyroler v. Gummersbach, 28 Misc. Rep. 151.

Present: FREEDMAN, P. J.; MacLEAN and LEVENTRITT, JJ.

Judgment reversed and new trial ordered, with costs to appellant to abide event.